UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-20873-KING

ANDRES GOMEZ,

    Plaintiff,

vs.

MATTRES LIQUIDATORS, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint (DE 9), filed May 12, 2016.[1]

Plaintiff's First Amended Complaint (DE 7) purports to state a claim under Title III of the Americans with Disabilities Act, complaining that Defendant's website lacks compatibility with software used by the visually impaired to interface with websites. However, there is simply no statutory or precedential support for the proposition that Title III covers anything other than *physical places* which are public accommodations. Accordingly, the First Amended Complaint is due to be dismissed with prejudice.

---

[1] The Court has additionally considered Plaintiff's Response in Opposition to the Motion (DE 10), filed May 31, 2016, and Defendant's Reply in Support of the Motion (DE 11), filed June 10, 2016.

Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED**:

1. Defendant's Motion to Dismiss First Amended Complaint **(DE 9)** be, and the same is, hereby **GRANTED**;

2. Plaintiff's First Amended Complaint **(DE 7)** be, and the same is, hereby **DISMISSED WITH PREJUDICE**;

3. the Clerk of Court shall **CLOSE** this case; and

4. all pending motions are **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers at the Sidney M. Aronovitz United States Courthouse, Key West, Florida, this 20th day of June, 2016.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:**   All counsel of record.